

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00632-CV

**IN THE INTEREST OF P.N.R.D.**, a Child,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00728
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs be assessed against the appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellant Procedure 20. *See* TEX. R. APP. P. 20.1(b).

SIGNED December 11, 2024.

_____
Lori I. Valenzuela, Justice